**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/15**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Juan<br>First name<br><br>Jose<br>Middle name<br><br>Corchado<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | Joe Corchado | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5723 | |

Debtor 1   **Juan Jose Corchado**                                                 Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**FDBA  JFD Sales Consulting Services Corp**
**FDBA  JFD Sales Corp**

Business name(s)

EINs

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**352 Ramano Drive**
**Iron Station, NC 28080**
Number, Street, City, State & ZIP Code

**Lincoln**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing** *this district* **to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

Debtor 1    **Juan Jose Corchado**                                    Case number *(if known)*

---

**Part 2:**    **Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ☐ No.    Go to line 12.
- ■ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

  - ■ No. Go to line 12.

  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Juan Jose Corchado**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Juan Jose Corchado**                                                      Case number *(if known)*

---

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1   **Juan Jose Corchado**                                    Case number *(if known)*

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

  ■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Juan Jose Corchado**
_____          _____
**Juan Jose Corchado**                                            Signature of Debtor 2
Signature of Debtor 1

Executed on   **January 27, 2017**                      Executed on   _____
                    MM / DD / YYYY                                                MM / DD / YYYY

---

Debtor 1   **Juan Jose Corchado**                                                                Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Beth B. Carter**                                    Date    **January 27, 2017**
Signature of Attorney for Debtor                                   MM / DD / YYYY

**Beth B. Carter**
Printed name

**The Law Offices of Beth B. Carter, PLLC**
Firm name

**P.O. Box 1553**
**Denver, NC 28037**
Number, Street, City, State & ZIP Code

Contact phone   **704-966-8028**                  Email address    **beth@bbcarterlaw.com**

**24642**
Bar number & State

---

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Juan Jose Corchado** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | **Your assets** Value of what you own |
| --- | --- |
| 1.   **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B....................................................... | $      973,100.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................. | $      412,637.43 |
| 1c. Copy line 63, Total of all property on Schedule A/B...................................................... | $      1,385,737.43 |

### Part 2:    Summarize Your Liabilities

| | **Your liabilities** Amount you owe |
| --- | --- |
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $      830,183.19 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $      2,519.43 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ | $      2,643,002.67 |
| **Your total liabilities** | $      3,475,705.29 |

### Part 3:    Summarize Your Income and Expenses

| | |
| --- | --- |
| 4.   *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*................................................ | $      2,240.00 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*...................................................... | $      2,707.91 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■   Yes

7.   **What kind of debt do you have?**

☐   **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■   **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado**

Case number *(if known)*

8.   **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
     122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.   **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 2,519.43 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 2,519.43 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Juan Jose Corchado** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property                                          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

**1.1**

**14 32 Parsons Blvd**
Street address, if available, or other description

| **Whitestone** | **NY** | **11357-0000** |
|---|---|---|
| City | State | ZIP Code |

**Queens**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**purchased in 2012 for $607,000
tax value:$800,000 - FMV considered to be close to tax value based upon feedback from RE agent**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$800,000.00** | **$800,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by Entirety**

☐ **Check if this is community property** (see instructions)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado**                                    Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**55 Crestview Drive**

Street address, if available, or other description

**Willingboro**        **NJ**    **08046-0000**
City                                State            ZIP Code

**Burlington**
County

**What is the property?** Check all that apply

- ■ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**purchased in 1990 for $135,000**
**tax value$172,600**
**FMV estimated to be $172,600**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$172,600.00**            **$172,600.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Tenancy by Entirety**

☐ **Check if this is community property**
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**1300 Route 130 North**

Street address, if available, or other description

**Riverton**        **NJ**    **08077-0000**
City                                State            ZIP Code

**Burlington**
County

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ■ Other    **burial plots**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

**purchased in  1995**
**2 plots for 4 people 2 are in use**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

**$500.00**            **$500.00**

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

☐ **Check if this is community property**
(see instructions)

---

Debtor 1   **Juan Jose Corchado**                                     Case number *(if known)* _____

**If you own or have more than one, list here:**

1.4

**The Royal Haciendas
Interval #37 Unit A201
77710 Playa del Carmen, OR Mexico**
Street address, if available, or other description

_____
City                     State        ZIP Code

_____
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

■ Timeshare

☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**purchased in 2009 for 30,002.40
deeded timeshare
FMV is $**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
                                $0.00

**Current value of the portion you own?**
                                $0.00

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**
_____

☐ **Check if this is community property**
(see instructions)

---

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................................=>

$973,100.00

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No

☐ Yes

4.   **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No

☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here...........................................................=>

$0.00

**Part 3:   Describe Your Personal and  Household Items**

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6.   **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| | |
|---|---|
| **stove. refrigerator, dishwasher, dryer. washer. small appliances, dishware, cookware, utensils, dining room furniture, living room furniture, master bedroom furniture, additional bedroom furniture, desk, chair, patio furniture, hand tools, power tools, linens, blankets, comforters**<br><br>**wife's portion of assets:$1,000**<br>**husband portion of assets:$1,000** | **$1,000.00** |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **television, surround sound, VCR/DVD combo, computer, photocopier, clock**<br><br>**wife's portion of assets:$500**<br>**husband portion of assets:$500** | **$500.00** |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ■ No
   ☐ Yes.  Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| **bicycles**<br><br>**wife's portion of assets:$10**<br>**husband portion of assets:$10** | **$10.00** |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **wardrobe for one adult** | **$250.00** |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| **male watch** | **$40.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado** _____    Case number *(if known)* _____

| male wedding ring | $10.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15.    **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................

$1,810.00

| Part 4: | Describe Your Financial Assets |
|---|---|

**Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions.
---|---

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes...........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................        Institution name:

| | 17.1. | **Savings** | **acct#6102 with Banco Santander USA** | $1,000.18 |
|---|---|---|---|---|
| | 17.2. | **Checking** | **acct#9163 with Banco Santander USA** | $264.43 |
| | 17.3. | **Checking** | **acct#1667 with Woodforest Bank** | $8,875.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes..................        Institution or issuer name:

**mutual funds managed by Edward Jones and held in Voya account**        $2,471.60

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them...................
                    Name of entity:                    % of ownership:

Debtor 1   **Juan Jose Corchado**                                                    Case number *(if known)* _____

| | | |
|---|---|---|
| **JFD Sales Consulting Services Corp - NY corporation**<br>**acct#2195 with Astoria Bank $5,851.13**<br>**acct#2194 with Astoria Bank $59,173.11**<br>**acct$1078 with PNC Bank $78,546.48**<br>**Debts greatly outweigh assets, business is wrapping up and will dissolve in early 2017** | **100%** % | **$0.00** |
| **JFD Sales Corporation - NJ business**<br>**This business has not operated since 2015 - no bank accounts, no accounts receivable, no assets** | **100%** % | **$0.00** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them
                     Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.
        Type of account:            Institution name:

| | | |
|---|---|---|
| **401(k)** | **retirement plan through JFD Sales Consulting Services managed by John Hancock** | **$321,264.94** |
| **IRA** | **retirement plan through Edward Jones - Trad IRA 3** | **$76,951.28** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**                                    Case number *(if known)* _____

☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

■ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No

☐ Yes. Give specific information......

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No

☐ Yes.  Give specific information..

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Term Life Insurance through Insured: Juan Corchado, debtor face value:$1,000,000 cash value:$0.00** | **Nancy Corchado 80%; Raquel Corchado10%; Nicole Corchado5%; Melissa Corchado5%** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No

☐ Yes.  Give specific information..

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

■ No

☐ Yes.  Describe each claim.........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No

☐ Yes.  Describe each claim.........

**35. Any financial assets you did not already list**

■ No

☐ Yes.  Give specific information..

**36.** **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................

| **$410,827.43** |
|---|

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.

Debtor 1   **Juan Jose Corchado**                                           Case number *(if known)*

☐ Yes.  Go to line 38.

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes.  Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53.  **Do you have other property of any kind you did not already list?**
      *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ......................................     **$0.00**

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ..................................................................... | | **$973,100.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$0.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$1,810.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$410,827.43** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** + | **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$412,637.43** | Copy personal property total  **$412,637.43** |
| 63. | **Total of all property on Schedule A/B**. Add line 55 + line 62 | | **$1,385,737.43** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Juan Jose Corchado** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number | |
| (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
| --- | --- | --- | --- |
| **14 32 Parsons Blvd Whitestone, NY 11357  Queens County purchased in 2012 for $607,000 tax value:$800,000 - FMV considered to be close to tax value based upon feedback from RE agent**<br>Line from *Schedule A/B*: **1.1** | **$800,000.00** | ☑ $198,323.35<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(b)(3)(B)** |
| **1300 Route 130 North Riverton, NJ 08077  Burlington County purchased in  1995 2 plots for 4 people 2 are in use**<br>Line from *Schedule A/B*: **1.3** | **$500.00** | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **stove. refrigerator, dishwasher, dryer. washer. small appliances, dishware, cookware, utensils, dining room furniture, living room furniture, master bedroom furniture, additional bedroom furniture, desk, chair, patio furniture, hand tools, power tools, lin**<br>Line from *Schedule A/B*: **6.1** | **$1,000.00** | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **television, surround sound, VCR/DVD combo, computer, photocopier, clock**<br><br>**wife's portion of assets:$500**<br>**husband portion of assets:$500**<br>Line from *Schedule A/B*: **7.1** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **bicycles**<br><br>**wife's portion of assets:$10**<br>**husband portion of assets:$10**<br>Line from *Schedule A/B*: **9.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **wardrobe for one adult**<br>Line from *Schedule A/B*: **11.1** | $250.00 | ■ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **male watch**<br>Line from *Schedule A/B*: **12.1** | $40.00 | ■ $40.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **male wedding ring**<br>Line from *Schedule A/B*: **12.2** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Savings: acct#6102 with Banco Santander USA**<br>Line from *Schedule A/B*: **17.1** | $1,000.18 | ■ $1,000.18<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: acct#9163 with Banco Santander USA**<br>Line from *Schedule A/B*: **17.2** | $264.43 | ■ $264.43<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Checking: acct#1667 with Woodforest Bank**<br>Line from *Schedule A/B*: **17.3** | $8,875.00 | ■ $8,853.79<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **mutual funds managed by Edward Jones and held in Voya account**<br>Line from *Schedule A/B*: **18.1** | $2,471.60 | ■ $2,471.60<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **401(k): retirement plan through JFD Sales Consulting Services managed by John Hancock**<br>Line from *Schedule A/B*: **21.1** | $321,264.94 | ■ $321,264.94<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) ERISA qualified |
| **IRA: retirement plan through Edward Jones - Trad IRA 3**<br>Line from *Schedule A/B*: **21.2** | $76,951.28 | ■ $76,951.28<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(12) |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☐  No

☒  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☒  No

    ☐  Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Jose Corchado** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:     List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| **2.1** **Bank of America**<br>Creditor's Name | **Describe the property that secures the claim:** | $221,479.82 | $172,600.00 | $0.00 |

| | |
|---|---|
| | **55 Crestview Drive Willingboro, NJ 08046  Burlington County purchased in 1990 for $135,000 tax value$172,600 FMV estimated to be $172,600** |
| **PO Box 982235**<br>**El Paso, TX 79998**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>■ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>☐ Other (including a right to offset) _____ |
| Date debt was incurred   **1990** | Last 4 digits of account number   **0795** |

| | | | | |
|---|---|---|---|---|
| **2.2** **Burlington Tax Assessor**<br>Creditor's Name | **Describe the property that secures the claim:** | $7,026.72 | $172,600.00 | $7,026.72 |

| | |
|---|---|
| | **55 Crestview Drive Willingboro, NJ 08046  Burlington County purchased in 1990 for $135,000 tax value$172,600 FMV estimated to be $172,600** |
| **851 Old York Rd.**<br>**Burlington, NJ 08016**<br>Number, Street, City, State & Zip Code | **As of the date you file, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1  **Juan Jose Corchado**                                         Case number (*if know*)  _____
         First Name     Middle Name        Last Name

☐ **Check if this claim relates to a**        ☐ Other (including a right to offset)  _____
   **community debt**

Date debt was incurred  _____        Last 4 digits of account number  _____

---

| 2.3 | **Citimortgage, Inc** | Describe the property that secures the claim: | $383,992.65 | $800,000.00 | $0.00 |
|-----|-----|-----|-----|-----|-----|

Creditor's Name

> 14 32 Parsons Blvd Whitestone, NY
> 11357  Queens County
> purchased in 2012 for $607,000
> tax value:$800,000 - FMV
> considered to be close to tax value
> based upon feedback from RE agent

**6400 Las Colinas Blvd**
**Irving, TX 75039**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

■ Debtor 1 only                          ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only             ☐ Statutory lien (such as tax lien, mechanic's lien)
☐ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**       ☐ Other (including a right to offset)  _____
   **community debt**

Date debt was incurred  **2012**          Last 4 digits of account number  **2237**

---

| 2.4 | **Small Business Administration** | Describe the property that secures the claim: | $217,684.00 | $800,000.00 | $0.00 |
|-----|-----|-----|-----|-----|-----|

Creditor's Name

> 14 32 Parsons Blvd Whitestone, NY
> 11357  Queens County
> purchased in 2012 for $607,000
> tax value:$800,000 - FMV
> considered to be close to tax value
> based upon feedback from RE agent

**PO Box 740192**
**Atlanta, GA 30374**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only                          ■ An agreement you made (such as mortgage or secured
☐ Debtor 2 only                             car loan)
☐ Debtor 1 and Debtor 2 only             ☐ Statutory lien (such as tax lien, mechanic's lien)
■ At least one of the debtors and another   ☐ Judgment lien from a lawsuit
☐ **Check if this claim relates to a**       ☐ Other (including a right to offset)  _____
   **community debt**

Date debt was incurred  _____     Last 4 digits of account number  **5000**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | $830,183.19 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $830,183.19 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

---

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        *page 2 of 2*

**Fill in this information to identify your case:**

Debtor 1          **Juan Jose Corchado**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number
(if known)

☐ Check if this is an
  amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**

    ☐ No. Go to Part 2.

    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|   |   | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **Internal Revenue Service** | Last 4 digits of account number | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Insolvency Remittance**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State ZIp Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**For Notice Purposes Only**

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

**2.2** | **Internal Revenue Service** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00**
Priority Creditor's Name

**PO Box 7317**
**Philadelphia, PA 19101**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**For Notice Purposes Only**

---

**2.3** | **Lincoln County Tax Collector** | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00**
Priority Creditor's Name

**P.O. Box 938**
**Lincolnton, NC 28093**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

☐ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**For Notice Purposes Only**

---

**2.4** | **New York State Income Tax** | Last 4 digits of account number | | **$425.67** | **$425.67** | **$0.00**
Priority Creditor's Name

**State Porcessing Center**
**PO Box 61000**
**Albany, NY 12261**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**Taxes**

---

Debtor 1   **Juan Jose Corchado**
_____   Case number (if know) _____

| 2.5 | **North Carolina Department of Revenue** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**P.O. Box 1168**
**Raleigh, NC 27602**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify _____

**For Notice Purposes Only**

---

| 2.6 | **NYC Department of Finance** | Last 4 digits of account number **0022** | **$2,093.76** | **$2,093.76** | **$0.00** |

Priority Creditor's Name
**PO Box 680**
**Newark, NJ 07101**
Number Street City State ZIp Code

When was the debt incurred? **2016**

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify _____

**Property Taxes for 1432 Parson Blvd.**

---

| 2.7 | **U.S. Attorney** | Last 4 digits of account number ____ ____ ____ ____ | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name
**Bankruptcy Division**
**227 W. Trade St.**
**#1650**
**Charlotte, NC 28202**
Number Street City State ZIp Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Contingent

☐ Debtor 2 only
☐ Unliquidated

☐ Debtor 1 and Debtor 2 only
☐ Disputed

☐ At least one of the debtors and another
**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**
☐ Domestic support obligations

**Is the claim subject to offset?**
■ Taxes and certain other debts you owe the government

■ No
☐ Claims for death or personal injury while you were intoxicated

☐ Yes
☐ Other. Specify _____

**For Notice Purpose Only**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    Juan Jose Corchado

Case number (if know)

| 2.8 | **U.S. Attorney General** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**9001 Mail Service Center**
**Raleigh, NC 27699-9001**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**For Notice Purpose Only**

| 2.9 | **United States Attorney** | | Last 4 digits of account number | | **$0.00** | **$0.00** | **$0.00** |

Priority Creditor's Name

**Federal Courthouse Rm 233**
**100 Otis Street**
**Asheville, NC 28801**

When was the debt incurred?

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**

■ Taxes and certain other debts you owe the government

■ No

☐ Claims for death or personal injury while you were intoxicated

☐ Yes

☐ Other. Specify

**For Notice Purposes Only**

---

**Part 2:**    **List All of Your NONPRIORITY Unsecured Claims**

3.    **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.    **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Juan Jose Corchado**                                               Case number (if know)

---

**4.1** | **AAA American Flag Decorating Co** | Last 4 digits of account number _____ | **$2,487.95**

Nonpriority Creditor's Name

**36 West 37th St., 9th floor**
**New York, NY 10018**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.2** | **Aetna** | Last 4 digits of account number _____ | **$7,938.16**

Nonpriority Creditor's Name

**PO Box 14321**
**Lexington, KY 40512**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.3** | **Affordable Interior Systems, Inc.** | Last 4 digits of account number _____ | **$20,926.20**

Nonpriority Creditor's Name

**4 Bonazzoli Ave**
**Hudson, MA 01749**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1  **Juan Jose Corchado** _____   Case number (if know) _____

| | | |
|---|---|---|
| 4.4 | **American Express** | |

Nonpriority Creditor's Name

**P.O. Box 650448**
**Dallas, TX 75265-0448**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**   **2000**                          **$11,416.93**

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

| | | |
|---|---|---|
| 4.5 | **Arc-com Fabrics Inc** | |

Nonpriority Creditor's Name

**33 Ramland South**
**Orangeburg, NY 10962**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**                          **$612.25**

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

| | | |
|---|---|---|
| 4.6 | **Artone, LLC** | |

Nonpriority Creditor's Name

**1089 Allen St**
**Jamestown, NY 14701**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**                          **$1,961.55**

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know)

---

**4.7** | **Avid Enterprises Sol Corp**
Nonpriority Creditor's Name

**146-47 56th Rd.**
**Flushing, NY 11355**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $4,843.75

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.8** | **AWISCO Welding Equipment**
Nonpriority Creditor's Name

**55-15 43rd St**
**Maspeth, NY 11378**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **7645**    $231.86

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.9** | **Besselman & Kranner LLP**
Nonpriority Creditor's Name

**40 Triangle Center Ste 109**
**Yorktown Heights, NY 10598**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    $16,605.00

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know) _____

---

**4.10**

**Boro wide Recycling**

Nonpriority Creditor's Name

**3 Railroad Place**
**Maspeth, NY 11378**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **4456**

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

$283.08

---

**4.11**

**Broadview Networks**

Nonpriority Creditor's Name

**PO Box 9242**
**Uniondale, NY 11555**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **6802**

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

$5,805.26

---

**4.12**

**Callahead**

Nonpriority Creditor's Name

**304 Cross Bay Blvd**
**Far Rockaway, NY 11693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   _____

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt**

$2,045.38

---

Debtor 1   **Juan Jose Corchado**                 Case number (if know) _____

---

**4.1 3**

**Canon Solutions America**

Nonpriority Creditor's Name

**15004 Collections Center Drive**
**Chicago, IL 60693**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **8290**              **$77.74**

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 4**

**Chase**

Nonpriority Creditor's Name

**PO Box 29550**
**Phoenix, AZ 85038**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1001**         **$753,946.88**

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

**4.1 5**

**Chase Card Services**

Nonpriority Creditor's Name

**Attn: Bankruptcy**
**P.O. Box 15298**
**Wilmington, DE 19850**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **6910**        **$48,100.35**

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 

Debtor 1   **Juan Jose Corchado**

Case number (if know) _____

---

**4.16**

| **Chase Card Services** | **Last 4 digits of account number** | **2588** | **$31,320.92** |
|---|---|---|---|

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 15298**
**Wilmington, DE 19850**

**When was the debt incurred?**   **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.17**

| **Chase Tours LLC** | **Last 4 digits of account number** | | **$10,692.31** |
|---|---|---|---|

Nonpriority Creditor's Name
**25 Woodsend Drive**
**Matawan, NJ 07747**

**When was the debt incurred?**   **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.18**

| **Citi AAdvantage** | **Last 4 digits of account number** | **5404** | **$1,872.31** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 6062**
**Sioux Falls, SD 57117**

**When was the debt incurred?**   **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Credit card purchases**

---

Debtor 1  **Juan Jose Corchado**                                             Case number (if know) _____

---

| 4.19 | **Clear Internet Services** | Last 4 digits of account number _____ | $549.90 |

Nonpriority Creditor's Name

**8726 Creek Trail Ln**
**Cornelius, NC 28031**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.20 | **Country-wide Insurance Company** | Last 4 digits of account number **3615** | $1,710.00 |

Nonpriority Creditor's Name

**PO Box 7039**
**New York, NY 10008**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.21 | **D'Onofrio General Contractors Corp** | Last 4 digits of account number **MP06** | $38,121.20 |

Nonpriority Creditor's Name

**202 28th Street**
**Brooklyn, NY 11232**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

| 4.2 2 | **D3RG-Com** | Last 4 digits of account number | | $180.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**34-01 38 Ave**
**Long Island City, NY 11101**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.2 3 | **Dauphin North America - VALO** | Last 4 digits of account number | | $3,019.03 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**100 Fulton Street**
**Boonton, NJ 07005**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.2 4 | **Dell Business Credit** | Last 4 digits of account number | 1597 | $2,171.05 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**PO Box 5275**
**Carol Stream, IL 60197**
Number Street City State ZIp Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1  **Juan Jose Corchado**

Case number (if know) _____

---

| 4.2 5 | **Discover Card** | Last 4 digits of account number | **6880** | | $3,684.24 |

Nonpriority Creditor's Name

**P.O. Box 30943**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Credit card purchases**

---

| 4.2 6 | **Eagle Transfer Corporation** | Last 4 digits of account number | | | $25,926.35 |

Nonpriority Creditor's Name

**23-02 49th Ave 6th floor**
**Long Island City, NY 11101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.2 7 | **Ecommerce Industries** | Last 4 digits of account number | | | $8,368.00 |

Nonpriority Creditor's Name

**PO Box 200164**
**Pittsburgh, PA 15251**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**  **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**

Case number (if know) _____

---

| 4.2 8 | **Elizabeth Industrial Center LLC** | Last 4 digits of account number _____ | **$13,903.40** |

Nonpriority Creditor's Name
**282 Grand Avenue Ste 1**
**Englewood, NJ 07631**
Number Street City State Zip Code

When was the debt incurred?   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.2 9 | **Elizabethtown Gas** | Last 4 digits of account number _____ | **$879.28** |

Nonpriority Creditor's Name
**PO Box 4569**
**Location 6250**
**Atlanta, GA 30302**
Number Street City State Zip Code

When was the debt incurred?   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.3 0 | **ERG International** | Last 4 digits of account number _____ | **$22,165.90** |

Nonpriority Creditor's Name
**361 N Bernoulli Circle**
**Oxnard, CA 93030**
Number Street City State Zip Code

When was the debt incurred?   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know) _____

---

| 4.3<br>1 | **Exemplis Corporation** | Last 4 digits of account number | **5253** | **$3,318.00** |

Nonpriority Creditor's Name

**25090 Network Place**
**Chicago, IL 60673**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3<br>2 | **FedEX** | Last 4 digits of account number | **8018** | **$582.53** |

Nonpriority Creditor's Name

**PO Box 371461**
**Pittsburgh, PA 15250**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3<br>3 | **Fixtures Manufacturing Corp** | Last 4 digits of account number | | **$784.49** |

Nonpriority Creditor's Name

**36193 Treasury Center**
**Chicago, IL 60694**
Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

| 4.3 4 | | | |
|---|---|---|---|

**Fleetmatics USA/CPS**

Last 4 digits of account number                    $3.44

Nonpriority Creditor's Name

**1100 Winter St.**
**Ste 4600**
**Waltham, MA 02451**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☒ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   **Business debt**

---

| 4.3 5 | | | |
|---|---|---|---|

**Furniture Rental Associates**

Last 4 digits of account number                    $32.50

Nonpriority Creditor's Name

**149 Madison Ave Ste 303**
**New York, NY 10016**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☒ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   **Business debt**

---

| 4.3 6 | | | |
|---|---|---|---|

**Gate Tek Solutions**

Last 4 digits of account number                    $682.50

Nonpriority Creditor's Name

**PO Box 8514**
**Piscataway, NJ 08854**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☒ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☒ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☒ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know)

---

| 4.3 7 | **Geico** | Last 4 digits of account number | | $194.70 |

Nonpriority Creditor's Name

**One Geico PLaza**
**Washington, DC 20046**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 8 | **Global Equipment Company Inc** | Last 4 digits of account number | 2921 | $2,839.25 |

Nonpriority Creditor's Name

**PO Box 905713**
**Charlotte, NC 28290**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.3 9 | **Grainger** | Last 4 digits of account number | | $13,326.69 |

Nonpriority Creditor's Name

**Dept 882262793**
**Palatine, IL 60038**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know)

---

**4.40**

**Graybar Electric Co Inc.**
Nonpriority Creditor's Name
**21-15 Queens Pl No**
**Long Island City, NY 11101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $3,973.62

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.41**

**Great Openings**
Nonpriority Creditor's Name
**902 East 4th St.**
**Ludington, MI 49431**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $24,773.51

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

**4.42**

**Harleysville**
Nonpriority Creditor's Name
**PO Box 37712**
**Harrisburg, PA 17101**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____                    $12,781.14

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

**4.4
3**

**Harleysville Auto**

Nonpriority Creditor's Name

**PO Box 37712**
**Philadelphia, PA 19101**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$523.60**

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.4
4**

**Hostos Community College**

Nonpriority Creditor's Name

**500 Grand Concourse**
**Bronx, NY 10451**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$50,000.00**

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

**4.4
5**

**Intella Space**

Nonpriority Creditor's Name

**4750 Shelburne Road**
**Shelburne, VT 05482**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____   **$1,719.40**

When was the debt incurred?   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**    Case number (if know) _____

| 4.4 6 | **Intempo Wood Furniture MFG Inc** | Last 4 digits of account number _____ | **$6,062.50** |

Nonpriority Creditor's Name
**PO Box 82816**
**Oklahoma City, OK 73148**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 7 | **Janovic Painting & Decorating** | Last 4 digits of account number _____ | **$3,397.36** |

Nonpriority Creditor's Name
**30-35 Thomson Ave**
**Long Island City, NY 11101**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.4 8 | **Jasper Seating Company Inc** | Last 4 digits of account number _____ | **$5,863.07** |

Nonpriority Creditor's Name
**PO Box 231**
**Jasper, IN 47547**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1  **Juan Jose Corchado**
Case number (if know)

---

**4.49**

**JFD Sales Corp** | Last 4 digits of account number ____ | $748,297.86
Nonpriority Creditor's Name
**52 Butler Street**
**Elizabethport, NJ 07206** | When was the debt incurred? **2014**
Number Street City State Zip Code
Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business debt**

---

**4.50**

**JSJ Furniture Corp** | Last 4 digits of account number ____ | $941.85
Nonpriority Creditor's Name
**17237 Van Wagoner Rd**
**Spring Lake, MI 49456** | When was the debt incurred? **2014**
Number Street City State Zip Code
Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business debt**

---

**4.51**

**JSJ Furniture Corp** | Last 4 digits of account number **8500** | $815.07
Nonpriority Creditor's Name
**PO Box 2787**
**Florence, AL 35630** | When was the debt incurred? **2014**
Number Street City State Zip Code
Who incurred the debt? Check one. | As of the date you file, the claim is: Check all that apply

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

Is the claim subject to offset?

- [x] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know) _____

---

**4.5
2**

**Kamco Supply of NJ LLC**

Nonpriority Creditor's Name

**845 E 25th Street**
**Paterson, NJ 07513**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

$830.17

---

**4.5
3**

**KBL Certified  Public Accountatns**

Nonpriority Creditor's Name

**114 West 47th Street #1900**
**New York, NY 10036**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

$975.00

---

**4.5
4**

**Kimball International**

Nonpriority Creditor's Name

**1600 Royal Street**
**Jasper, IN 47549**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **0055**

When was the debt incurred?    **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

$171,180.34

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**

Case number (if know)

| 4.5 5 | **Koroseal Interiors Products Group** | Last 4 digits of account number | **1421** | $1,684.20 |

Nonpriority Creditor's Name
**PO Box 5235N**
**Cleveland, OH 44193**
Number Street City State ZIp Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.5 6 | **Luna Textiles** | Last 4 digits of account number | | $318.75 |

Nonpriority Creditor's Name
**2415 Third Street Ste 280**
**San Francisco, CA 94107**
Number Street City State ZIp Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| 4.5 7 | **LUZ Electric & Control Systems INC** | Last 4 digits of account number | | $2,000.00 |

Nonpriority Creditor's Name
**714 E. 180th St.**
**Bronx, NY 10457**
Number Street City State ZIp Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know)

| 4.5 8 | **Manhattan Fire & Safety Corp** | | Last 4 digits of account number | | $276.90 |

Nonpriority Creditor's Name

**242 West 30th, 7th floor**
**New York, NY 10001**

Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.5 9 | **Marvel Group Inc** | | Last 4 digits of account number | | $39,493.77 |

Nonpriority Creditor's Name

**PO Box 87618**
**Chicago, IL 60680**

Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

| 4.6 0 | **Megapath** | | Last 4 digits of account number | | $159.50 |

Nonpriority Creditor's Name

**6800 Koll Center Pkwy Ste 200**
**Pleasanton, CA 94566**

Number Street City State Zip Code

When was the debt incurred?    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

---

Debtor 1   **Juan Jose Corchado**                                    Case number (if know)

---

| 4.6 1 | **MH Au Fait Business Consulting Inc** | Last 4 digits of account number | $250.00 |

Nonpriority Creditor's Name

**8 Sean Michael Court**
**Farmingdale, NY 11735**

When was the debt incurred?   **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify   **Business debt**

---

| 4.6 2 | **Millenium Go Green Technology** | Last 4 digits of account number | $125.00 |

Nonpriority Creditor's Name

**2450 Third Ave**
**Bronx, NY 10454**

When was the debt incurred?   **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify   **Business debt**

---

| 4.6 3 | **MKN Architectural Woodwork** | Last 4 digits of account number | $15,435.00 |

Nonpriority Creditor's Name

**1 Paerdegat 14th street 3rd floor**
**Brooklyn, NY 11238**

When was the debt incurred?   **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☐ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**

Case number (if know)

| | |
|---|---|
| 4.6 4 | **National Liability & Fire Insurance** |

Nonpriority Creditor's Name

**PO Box 785100**
**Philadelphia, PA 19178**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **5841**

$9,318.66

**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| | |
|---|---|
| 4.6 5 | **National MTA** |

Nonpriority Creditor's Name

**P.O. Box IL 93096**
**Chicago, IL 60673**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**

$66,844.77

**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

---

| | |
|---|---|
| 4.6 6 | **National Office Furniture** |

Nonpriority Creditor's Name

**1600 Royal Street**
**Jasper, IN 47549**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**

$52,166.67

**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

Debtor 1  **Juan Jose Corchado**

Case number (if know) _____

| 4.6 7 | **NEOCASE** | Last 4 digits of account number _____ | $2,383.43 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Bosx 129**
**Clemmons, NC 27012**
Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 8 | **New York City Department of Finance** | Last 4 digits of account number _____ | $1,348.90 |
|---|---|---|---|

Nonpriority Creditor's Name
**Church Street Station**
**P.O. Box3640**
**New York, NY 10008-3640**
Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.6 9 | **New York City District Council** | Last 4 digits of account number   9004 | $23,672.59 |
|---|---|---|---|

Nonpriority Creditor's Name
**395 Hudson Street**
**New York, NY 10014**
Number Street City State Zip Code

**When was the debt incurred?**   2014

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt- Lawsuit pending**

---

| Debtor 1 | **Juan Jose Corchado** | Case number (if know) | |

---

**4.70**

**New York Fire Department**
Nonpriority Creditor's Name
**Church Street Station**
**P.O. Box 840**
**New York, NY 10008-0840**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

**$210.00**

---

**4.71**

**Nova Solutions, INC**
Nonpriority Creditor's Name
**421 W Industrial Ave**
**P.O. Box 725**
**Effingham, IL 62401**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** **2014**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

**$153.80**

---

**4.72**

**Nucraft Furniture Co**
Nonpriority Creditor's Name
**5151 West Drive**
**Comstock Park, MI 49321**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** **0919**

**When was the debt incurred?** **2015**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt- Lawsuit pending**

**$68,000.00**

---

Debtor 1    **Juan Jose Corchado**                                                    Case number (if know)

---

**4.7 3**

| **Optimum** | | Last 4 digits of account number | **2046** | | **$1.31** |

Nonpriority Creditor's Name

**1111 Stewart Avenue**
**Bethpage, NY 11714-3581**

When was the debt incurred?    **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only                              ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

**4.7 4**

| **Oxford** | | Last 4 digits of account number | | | **$3,608.95** |

Nonpriority Creditor's Name

**United Healthcare Oxford**
**P.O. Box 1697**
**Newark, NJ 07101-1697**

When was the debt incurred?    **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only                              ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

**4.7 5**

| **Penco Products, INC** | | Last 4 digits of account number | | | **$1,567.46** |

Nonpriority Creditor's Name

**P.O. Box 901176**
**Cleveland, OH 44190**

When was the debt incurred?    **2014**

Number Street City State Zip Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                                            ☐ Contingent

☐ Debtor 1 and Debtor 2 only                              ☐ Unliquidated

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt**

---

Debtor 1  **Juan Jose Corchado**

Case number (if know)

---

| 4.7 6 | |
|---|---|

**Peter Pepper Products, Inc.**
Nonpriority Creditor's Name
**17929 So. Susana Rd.**
**PO Box 5769**
**Compton, CA 90221**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    $52,465.04

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.7 7 | |
|---|---|

**Pitney Bowes Inc.**
Nonpriority Creditor's Name
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **3964**    $492.67

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

| 4.7 8 | |
|---|---|

**Power One Electrical Contractors**
Nonpriority Creditor's Name
**Servulus Billy**
**9202 Avenue M**
**Brooklyn, NY 11236**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____    $6,700.00

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Business debt**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

| | |
|---|---|
| 4.7 9 | |

**Pride Equipment Corp.**
Nonpriority Creditor's Name
**150 Nassau Avenue**
**Islip, NY 11751**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**$2,718.16**

---

| | |
|---|---|
| 4.8 0 | |

**Purchase Power**
Nonpriority Creditor's Name
**P.O. Box 371874**
**Pittsburgh, PA 15250-7874**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**$33.06**

---

| | |
|---|---|
| 4.8 1 | |

**Riviera LLC**
Nonpriority Creditor's Name
**641 Lexington Avenue**
**22nd Floor**
**New York, NY 10022**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Business debt**

**$28,015.20**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

| 4.8<br>2 | **RSC** | Last 4 digits of account number | | $1,498.75 |

Nonpriority Creditor's Name

**444 North 3rd Street**
**Suite # 104**
**Philadelphia, PA 19123**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8<br>3 | **Ryder Transportation Services** | Last 4 digits of account number   3136 | | $7,467.28 |

Nonpriority Creditor's Name

**P.O. Box 96723**
**Chicago, IL 60693-6723**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 4.8<br>4 | **Satelite Plumbing Corporation** | Last 4 digits of account number | | $1,910.76 |

Nonpriority Creditor's Name

**65 Brucner Boulevard**
**Bronx, NY 10454**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Debtor 1    **Juan Jose Corchado**

Case number (if know) _____

---

**4.8 5**

**School Outfitters**
Nonpriority Creditor's Name
**3736 Regent Avenue**
**Cincinnati, OH 45212-3724**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $1,766.49

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 6**

**Servex US. INC**
Nonpriority Creditor's Name
**1838 2nd Avenue**
**Box 295**
**New York, NY 10128**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $2,880.00

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

**4.8 7**

**Shelter Point Life**
Nonpriority Creditor's Name
**P.O. Box 220727**
**Great Neck, NY 11021**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____     $216.35

**When was the debt incurred?**    2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**

Case number (if know)

---

**4.8 8**

**Sherwin Williams**

Nonpriority Creditor's Name

**1942 37th Street**
**Astoria, NY 11105-1119**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

$6,288.83

---

**4.8 9**

**South Nassau Community Hospital**

Nonpriority Creditor's Name

**PO box 5635**
**Hicksville, NY 11802**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

$150.00

---

**4.9 0**

**Spirit Acoustics Inc**

Nonpriority Creditor's Name

**2612 South Clinton Ave**
**South Plainfield, NJ 07080**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?**    **2014**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Business debt**

$6,238.83

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1  **Juan Jose Corchado**

Case number (if know)

---

| 4.9 1 | **Standard Pest Management** | Last 4 digits of account number | | $156.66 |

Nonpriority Creditor's Name

**25-80 Steinway Street**
**Astoria, NY 11103**

Number Street City State Zip Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.9 2 | **Stanley Stephens Co Inc** | Last 4 digits of account number | | $593.61 |

Nonpriority Creditor's Name

**2565 Pearl Buck Road**
**Bristol, PA 19007**

Number Street City State Zip Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

| 4.9 3 | **Staples** | Last 4 digits of account number | | $782.24 |

Nonpriority Creditor's Name

**Dept 90-0000008680**
**PO Box 9020**
**Des Moines, IA 50368**

Number Street City State Zip Code

When was the debt incurred?  **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt**

---

Debtor 1   **Juan Jose Corchado**                                                                    Case number (if know) _____

---

| 4.9 4 | **Supreme Furniture Services Inc** | Last 4 digits of account number _____ | **$2,340.00** |

Nonpriority Creditor's Name

**PO Box 93**
**Glen Rock, NJ 07452**
Number Street City State ZIp Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 5 | **Tayco** | Last 4 digits of account number   **0643** | **$346.13** |

Nonpriority Creditor's Name

**222 Merchandise Mart Plaza**
**Chicago, IL 60654**
Number Street City State ZIp Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 6 | **The HON Company LLC** | Last 4 digits of account number   **1486** | **$100,560.63** |

Nonpriority Creditor's Name

**200 Oak Street**
**Muscatine, IA 52761**
Number Street City State ZIp Code

**When was the debt incurred?**   **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1   __Juan Jose Corchado_____

Case number (if know) _____

---

| 4.9 7 | **Time Payment Corp** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name

**PO Box 3069**
**Woburn, MA 01888**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 8 | **Time Warner Cable** | Last 4 digits of account number _____ | **$869.85** |

Nonpriority Creditor's Name

**PO Box 9227**
**Uniondale, NY 11555**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.9 9 | **United Stationers Financial Services** | Last 4 digits of account number **0001** | **$153.42** |

Nonpriority Creditor's Name

**PO Box 8890**
**Philadelphia, PA 19182**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred?   **2014**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1   **Juan Jose Corchado**

Case number (if know)

---

| 4.1 00 | | | |
|---|---|---|---|
| **V3 Insurance Partners LLC** | Last 4 digits of account number | **1301** | **$6,343.00** |
| Nonpriority Creditor's Name | | | |
| **c/o Wells Fargo Bank** | When was the debt incurred? | **2014** | |
| **PO Box 202997** | | | |
| **Dallas, TX 75320** | | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 01 | | | |
|---|---|---|---|
| **Verizon Wireless** | Last 4 digits of account number | **2014** | **$246.96** |
| Nonpriority Creditor's Name | | | |
| **500 Technology Dr.** | When was the debt incurred? | **2014** | |
| **#550** | | | |
| **Saint Charles, MO 63304** | | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

| 4.1 02 | | | |
|---|---|---|---|
| **Verizon Wireless** | Last 4 digits of account number | **D'Onofrio** | **$502.44** |
| Nonpriority Creditor's Name | | | |
| **500 Technology Dr.** | When was the debt incurred? | **2014** | |
| **#550** | | | |
| **Saint Charles, MO 63304** | | | |

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt**

---

Debtor 1    **Juan Jose Corchado**                                                    Case number (if know) _____

---

| 4.1 03 | **Wells Fargo Equipment Finance** | Last 4 digits of account number | **8789** | | **$1,398.43** |

Nonpriority Creditor's Name
**PO Box 7777**
**San Francisco, CA 94120**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 04 | **Wells Fargo Financial Leasing** | Last 4 digits of account number | **8000** | | **$9,125.55** |

Nonpriority Creditor's Name
**PO Box 6434**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

| 4.1 05 | **Williams Scotsman** | Last 4 digits of account number | | | **$14,817.38** |

Nonpriority Creditor's Name
**PO Box 91975**
**Chicago, IL 60693**
Number Street City State Zip Code

**When was the debt incurred?**    **2014**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**

Case number *(if know)*

---

| 4.1 06 | | | |
|---|---|---|---|

**Wright Express Fleet Services**

Last 4 digits of account number _____

$357.25

Nonpriority Creditor's Name

**PO Box 6293**
**Carol Stream, IL 60197-6293**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| 4.1 07 | | | |
|---|---|---|---|

**Zoom Seating**

Last 4 digits of account number _____

$802.22

Nonpriority Creditor's Name

**36244 Treasure Center**
**Chicago, IL 60694**

When was the debt incurred?   **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

**☐ Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |
|---|---|

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Christine Hayes Hickey**
**135 North Pennsylvania Street**
**Indianapolis, IN 46204**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Credit Mediators Inc**
**PO Box 456**
**Upper Darby, PA 19082**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.96** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Graybar Electric Co Inc.**
**1432 Parsons Blvd**
**Whitestone, NY 11357**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.40** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Irwin Myers / Robert S. Saxon**
**Counselors at Law**
**3620 Quentin Road**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.76** of (*Check one*):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   **Juan Jose Corchado**                                                    Case number (if know) _____

**Brooklyn, NY 11234**

| | Last 4 digits of account number |
|---|---|

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Meyers, Saxon and Cole**<br>**3620 Quentin Road**<br>**Brooklyn, NY 11234** | Line **4.40** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mike Petrun**<br>**Millenium Collections Corporation**<br>**P.O. Box 6899**<br>**Vero Beach, FL 32961** | Line **4.3** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Norris McLaughlin & Marcus, PA**<br>**875 Third Ave, 8th floor**<br>**New York, NY 10022** | Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Virginia & Ambinder, LLP**<br>**40 Broad Street, 7th Floor**<br>**New York, NY 10014** | Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

**Part 4:**   **Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 2,519.43 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 2,519.43 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 2,643,002.67 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 2,643,002.67 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Jose Corchado** |
| | First Name · Middle Name · Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name · Middle Name · Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Joshua Adam Corchado**<br>**4415 Raleigh Ave Apt 104**<br>**Alexandria, VA 22304** | **residence rental contract**<br>**debtor will assume** |
| 2.2  **The Royal Haciendas**<br>**c/o Interval Servicing**<br>**3363 W. Commercial Blvd, Ste 202**<br>**Fort Lauderdale, FL 33309** | **timeshare maintenance**<br>**debtor will assume** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Jose Corchado** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **JFD Sales Consulting Services Corp**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.14**__<br>☐ Schedule G _____<br>**Chase** |
| 3.2 | **JFD Sales Consulting Services Corp**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Chase Card Services** |
| 3.3 | **JFD Sales Consulting Services Corp**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ■ Schedule D, line __**2.4**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Small Business Administration** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**                                    Case number *(if known)*

███  **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**American Express** |
| 3.5   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Nucraft Furniture Co** |
| 3.6   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.54___<br>☐ Schedule G _____<br>**Kimball International** |
| 3.7   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**New York City District Council** |
| 3.8   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>**The HON Company LLC** |
| 3.9   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.16___<br>☐ Schedule G _____<br>**Chase Card Services** |
| 3.10   **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Peter Pepper Products, Inc.** |

| Debtor 1 | **Juan Jose Corchado** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.11 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.3___
☐ Schedule G _____
**Affordable Interior Systems, Inc.**

3.12 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.40___
☐ Schedule G _____
**Graybar Electric Co Inc.**

3.13 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.1___
☐ Schedule G _____
**AAA American Flag Decorating Co**

3.14 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.2___
☐ Schedule G _____
**Aetna**

3.15 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.5___
☐ Schedule G _____
**Arc-com Fabrics Inc**

3.16 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.6___
☐ Schedule G _____
**Artone, LLC**

3.17 **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.7___
☐ Schedule G _____
**Avid Enterprises Sol Corp**

Debtor 1   **Juan Jose Corchado**                                    Case number *(if known)*

---

| ■ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.18   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**AWISCO Welding Equipment**

---

3.19   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.9__
☐ Schedule G _____
**Besselman & Kranner LLP**

---

3.20   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Boro wide Recycling**

---

3.21   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Broadview Networks**

---

3.22   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.12__
☐ Schedule G _____
**Callahead**

---

3.23   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Canon Solutions America**

---

3.24   **JFD Sales Consulting Services Corp**
       **213-37 39th Ave**
       **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**Chase Tours LLC**

---

Debtor 1  **Juan Jose Corchado**                                    Case number *(if known)*

---

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.25  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.19___
☐ Schedule G _____
**Clear Internet Services**

---

3.26  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.20___
☐ Schedule G _____
**Country-wide Insurance Company**

---

3.27  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.21___
☐ Schedule G _____
**D'Onofrio General Contractors Corp**

---

3.28  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.22___
☐ Schedule G _____
**D3RG-Com**

---

3.29  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.23___
☐ Schedule G _____
**Dauphin North America - VALO**

---

3.30  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.24___
☐ Schedule G _____
**Dell Business Credit**

---

3.31  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.26___
☐ Schedule G _____
**Eagle Transfer Corporation**

---

Debtor 1    **Juan Jose Corchado**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.32  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**Ecommerce Industries** |
| 3.33  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.28__<br>☐ Schedule G _____<br>**Elizabeth Industrial Center LLC** |
| 3.34  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.29__<br>☐ Schedule G _____<br>**Elizabethtown Gas** |
| 3.35  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**ERG International** |
| 3.36  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**Exemplis Corporation** |
| 3.37  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**FedEX** |
| 3.38  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Fixtures Manufacturing Corp** |

Debtor 1  **Juan Jose Corchado** _____  Case number *(if known)* _____

| ▐ | **Additional Page to List More Codebtors** |

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.39  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.34**
☐ Schedule G _____
**Fleetmatics USA/CPS**

3.40  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.35**
☐ Schedule G _____
**Furniture Rental Associates**

3.41  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.36**
☐ Schedule G _____
**Gate Tek Solutions**

3.42  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.37**
☐ Schedule G _____
**Geico**

3.43  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.38**
☐ Schedule G _____
**Global Equipment Company Inc**

3.44  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.39**
☐ Schedule G _____
**Grainger**

3.45  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.41**
☐ Schedule G _____
**Great Openings**

Debtor 1  **Juan Jose Corchado** _____     Case number *(if known)* _____

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.46  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.42**
☐ Schedule G _____
**Harleysville**

3.47  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.43**
☐ Schedule G _____
**Harleysville Auto**

3.48  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.44**
☐ Schedule G _____
**Hostos Community College**

3.49  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.45**
☐ Schedule G _____
**Intella Space**

3.50  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.46**
☐ Schedule G _____
**Intempo Wood Furniture MFG Inc**

3.51  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.47**
☐ Schedule G _____
**Janovic Painting & Decorating**

3.52  **JFD Sales Consulting Services Corp**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line    **4.48**
☐ Schedule G _____
**Jasper Seating Company Inc**

Debtor 1  **Juan Jose Corchado** _____  Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.53 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.49**___<br>☐ Schedule G _____<br>**JFD Sales Corp** |
| 3.54 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.50**___<br>☐ Schedule G _____<br>**JSJ Funriture Corp** |
| 3.55 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.51**___<br>☐ Schedule G _____<br>**JSJ Furniture Corp** |
| 3.56 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.52**___<br>☐ Schedule G _____<br>**Kamco Supply of NJ LLC** |
| 3.57 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.53**___<br>☐ Schedule G _____<br>**KBL Certified  Public Accountatns** |
| 3.58 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Koroseal Interiors Products Group** |
| 3.59 | **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Luna Textiles** |

Debtor 1   **Juan Jose Corchado**                                      Case number *(if known)*

---

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.60  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.57__<br>☐ Schedule G _____<br>**LUZ Electric & Control Systems INC** |
| 3.61  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.58__<br>☐ Schedule G _____<br>**Manhattan Fire & Safety Corp** |
| 3.62  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.59__<br>☐ Schedule G _____<br>**Marvel Group Inc** |
| 3.63  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.60__<br>☐ Schedule G _____<br>**Megapath** |
| 3.64  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.61__<br>☐ Schedule G _____<br>**MH Au Fait Business Consulting Inc** |
| 3.65  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.62__<br>☐ Schedule G _____<br>**Millenium Go Green Technology** |
| 3.66  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.63__<br>☐ Schedule G _____<br>**MKN Architectural Woodwork** |

Debtor 1  **Juan Jose Corchado**

Case number *(if known)* _____

| | |
|---|---|
| ▰ | **Additional Page to List More Codebtors** |

*Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.67  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.64__
☐ Schedule G _____
**National Liability & Fire Insurance**

3.68  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.65__
☐ Schedule G _____
**National MTA**

3.69  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.66__
☐ Schedule G _____
**National Office Furniture**

3.70  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.67__
☐ Schedule G _____
**NEOCASE**

3.71  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.68__
☐ Schedule G _____
**New York City Department of Finance**

3.72  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.70__
☐ Schedule G _____
**New York Fire Department**

3.73  **JFD Sales Consulting Services Corp**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
☑ Schedule E/F, line __4.71__
☐ Schedule G _____
**Nova Solutions, INC**

Debtor 1   **Juan Jose Corchado**                                          Case number *(if known)* _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.74   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.73**__
☐ Schedule G _____
**Optimum**

---

3.75   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.74**__
☐ Schedule G _____
**Oxford**

---

3.76   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.75**__
☐ Schedule G _____
**Penco Products, INC**

---

3.77   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.77**__
☐ Schedule G _____
**Pitney Bowes Inc.**

---

3.78   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.78**__
☐ Schedule G _____
**Power One Electrical Contractors**

---

3.79   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.79**__
☐ Schedule G _____
**Pride Equipment Corp.**

---

3.80   **JFD Sales Consulting Services Corp**
      **213-37 39th Ave**
      **Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.80**__
☐ Schedule G _____
**Purchase Power**

---

| Debtor 1 | **Juan Jose Corchado** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.81  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**Riviera LLC** |
| 3.82  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>**RSC** |
| 3.83  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**Ryder Transportation Services** |
| 3.84  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Satelite Plumbing Corporation** |
| 3.85  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**School Outfitters** |
| 3.86  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Servex US. INC** |
| 3.87  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Shelter Point Life** |

Debtor 1  **Juan Jose Corchado** _____    Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.88  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Sherwin Williams** |
| 3.89  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**South Nassau Community Hospital** |
| 3.90  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.90__<br>☐ Schedule G _____<br>**Spirit Acoustics Inc** |
| 3.91  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.91__<br>☐ Schedule G _____<br>**Standard Pest Management** |
| 3.92  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.92__<br>☐ Schedule G _____<br>**Stanley Stephens Co Inc** |
| 3.93  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.93__<br>☐ Schedule G _____<br>**Staples** |
| 3.94  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>☑ Schedule E/F, line __4.94__<br>☐ Schedule G _____<br>**Supreme Furniture Services Inc** |

Debtor 1    **Juan Jose Corchado** _____    Case number _(if known)_ _____

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.95 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.95__<br>☐ Schedule G _____<br>**Tayco** |
| 3.96 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>**Time Payment Corp** |
| 3.97 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Time Warner Cable** |
| 3.98 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**United Stationers Financial Services** |
| 3.99 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**V3 Insurance Partners LLC** |
| 3.100 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>**Verizon Wireless** |
| 3.101 **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>**Verizon Wireless** |

Debtor 1  **Juan Jose Corchado**

Case number *(if known)* _____

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>2  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.103__<br>☐ Schedule G _____<br>**Wells Fargo Equipment Finance** |
| 3.10<br>3  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**Wells Fargo Financial Leasing** |
| 3.10<br>4  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**Williams Scotsman** |
| 3.10<br>5  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>**Wright Express Fleet Services** |
| 3.10<br>6  **JFD Sales Consulting Services Corp**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**Zoom Seating** |
| 3.10<br>7  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**AAA American Flag Decorating Co** |
| 3.10<br>8  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**Aetna** |

| Debtor 1 | **Juan Jose Corchado** | Case number *(if known)* | |

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.10 9 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>**Affordable Interior Systems, Inc.** |
| 3.11 0 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.4___<br>☐ Schedule G _____<br>**American Express** |
| 3.11 1 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>**Arc-com Fabrics Inc** |
| 3.11 2 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.6___<br>☐ Schedule G _____<br>**Artone, LLC** |
| 3.11 3 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>**Avid Enterprises Sol Corp** |
| 3.11 4 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>**AWISCO Welding Equipment** |
| 3.11 5 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.9___<br>☐ Schedule G _____<br>**Besselman & Kranner LLP** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor 1  **Juan Jose Corchado**                                              Case number *(if known)*  _____

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.11<br>6 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.10__<br>☐ Schedule G _____<br>**Boro wide Recycling** |
| 3.11<br>7 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.11__<br>☐ Schedule G _____<br>**Broadview Networks** |
| 3.11<br>8 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G _____<br>**Callahead** |
| 3.11<br>9 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Canon Solutions America** |
| 3.12<br>0 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.14__<br>☐ Schedule G _____<br>**Chase** |
| 3.12<br>1 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Chase Card Services** |
| 3.12<br>2 **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Chase Card Services** |

Debtor 1  **Juan Jose Corchado**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.12<br>3

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.17__
☐ Schedule G _____
**Chase Tours LLC**

---

3.12<br>4

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.19__
☐ Schedule G _____
**Clear Internet Services**

---

3.12<br>5

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.20__
☐ Schedule G _____
**Country-wide Insurance Company**

---

3.12<br>6

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.21__
☐ Schedule G _____
**D'Onofrio General Contractors Corp**

---

3.12<br>7

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.22__
☐ Schedule G _____
**D3RG-Com**

---

3.12<br>8

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.23__
☐ Schedule G _____
**Dauphin North America - VALO**

---

3.12<br>9

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line __4.24__
☐ Schedule G _____
**Dell Business Credit**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**                                     Case number *(if known)*

---

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.13
0
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.26**
☐ Schedule G _____
**Eagle Transfer Corporation**

---

3.13
1
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.27**
☐ Schedule G _____
**Ecommerce Industries**

---

3.13
2
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.28**
☐ Schedule G _____
**Elizabeth Industrial Center LLC**

---

3.13
3
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.29**
☐ Schedule G _____
**Elizabethtown Gas**

---

3.13
4
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.30**
☐ Schedule G _____
**ERG International**

---

3.13
5
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.31**
☐ Schedule G _____
**Exemplis Corporation**

---

3.13
6
**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line **4.32**
☐ Schedule G _____
**FedEX**

---

Debtor 1   **Juan Jose Corchado** _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.13 7   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.33__
☐ Schedule G _____
**Fixtures Manufacturing Corp**

3.13 8   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.34__
☐ Schedule G _____
**Fleetmatics USA/CPS**

3.13 9   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.35__
☐ Schedule G _____
**Furniture Rental Associates**

3.14 0   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.36__
☐ Schedule G _____
**Gate Tek Solutions**

3.14 1   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.37__
☐ Schedule G _____
**Geico**

3.14 2   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.38__
☐ Schedule G _____
**Global Equipment Company Inc**

3.14 3   **JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line __4.39__
☐ Schedule G _____
**Grainger**

Debtor 1   **Juan Jose Corchado**                                    Case number *(if known)*

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.14
4

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.40**___
☐ Schedule G _____
**Graybar Electric Co Inc.**

---

3.14
5

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.41**___
☐ Schedule G _____
**Great Openings**

---

3.14
6

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.42**___
☐ Schedule G _____
**Harleysville**

---

3.14
7

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.43**___
☐ Schedule G _____
**Harleysville Auto**

---

3.14
8

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.44**___
☐ Schedule G _____
**Hostos Community College**

---

3.14
9

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.45**___
☐ Schedule G _____
**Intella Space**

---

3.15
0

**JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.46**___
☐ Schedule G _____
**Intempo Wood Furniture MFG Inc**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Juan Jose Corchado** | Case number *(if known)* |
|---|---|---|

**Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.15<br>1 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.47**<br>☐ Schedule G _____<br>**Janovic Painting & Decorating** |
| 3.15<br>2 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.48**<br>☐ Schedule G _____<br>**Jasper Seating Company Inc** |
| 3.15<br>3 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.50**<br>☐ Schedule G _____<br>**JSJ Funriture Corp** |
| 3.15<br>4 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.51**<br>☐ Schedule G _____<br>**JSJ Furniture Corp** |
| 3.15<br>5 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.52**<br>☐ Schedule G _____<br>**Kamco Supply of NJ LLC** |
| 3.15<br>6 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.53**<br>☐ Schedule G _____<br>**KBL Certified  Public Accountatns** |
| 3.15<br>7 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.54**<br>☐ Schedule G _____<br>**Kimball International** |

Debtor 1   **Juan Jose Corchado**                                          Case number *(if known)*

| | |
|---|---|
| | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.15<br>8 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.55**___<br>☐ Schedule G _____<br>**Koroseal Interiors Products Group** |
| 3.15<br>9 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.56**___<br>☐ Schedule G _____<br>**Luna Textiles** |
| 3.16<br>0 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.57**___<br>☐ Schedule G _____<br>**LUZ Electric & Control Systems INC** |
| 3.16<br>1 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.58**___<br>☐ Schedule G _____<br>**Manhattan Fire & Safety Corp** |
| 3.16<br>2 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.59**___<br>☐ Schedule G _____<br>**Marvel Group Inc** |
| 3.16<br>3 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.60**___<br>☐ Schedule G _____<br>**Megapath** |
| 3.16<br>4 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line ___**4.61**___<br>☐ Schedule G _____<br>**MH Au Fait Business Consulting Inc** |

Debtor 1  **Juan Jose Corchado**

Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.16<br>5
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.62___
☐ Schedule G _____
**Millenium Go Green Technology**

3.16<br>6
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.63___
☐ Schedule G _____
**MKN Architectural Woodwork**

3.16<br>7
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.64___
☐ Schedule G _____
**National Liability & Fire Insurance**

3.16<br>8
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.65___
☐ Schedule G _____
**National MTA**

3.16<br>9
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.66___
☐ Schedule G _____
**National Office Furniture**

3.17<br>0
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.67___
☐ Schedule G _____
**NEOCASE**

3.17<br>1
**JFD Sales Corporation**
213-37 39th Ave
Bayside, NY 11361

☐ Schedule D, line _____
■ Schedule E/F, line ___4.68___
☐ Schedule G _____
**New York City Department of Finance**

Debtor 1  **Juan Jose Corchado**                                    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17<br>2  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.69___<br>☐ Schedule G _____<br>**New York City District Council** |
| 3.17<br>3  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.70___<br>☐ Schedule G _____<br>**New York Fire Department** |
| 3.17<br>4  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.71___<br>☐ Schedule G _____<br>**Nova Solutions, INC** |
| 3.17<br>5  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.72___<br>☐ Schedule G _____<br>**Nucraft Furniture Co** |
| 3.17<br>6  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.73___<br>☐ Schedule G _____<br>**Optimum** |
| 3.17<br>7  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**Oxford** |
| 3.17<br>8  **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>**Penco Products, INC** |

| Debtor 1 | **Juan Jose Corchado** | | Case number *(if known)* | |

| | **Additional Page to List More Codebtors** |
| --- | --- |
| | Column 1: **Your codebtor** |

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

| 3.17 9 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.76__<br>☐ Schedule G _____<br>**Peter Pepper Products, Inc.** |
| --- | --- | --- |
| 3.18 0 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.77__<br>☐ Schedule G _____<br>**Pitney Bowes Inc.** |
| 3.18 1 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.78__<br>☐ Schedule G _____<br>**Power One Electrical Contractors** |
| 3.18 2 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.79__<br>☐ Schedule G _____<br>**Pride Equipment Corp.** |
| 3.18 3 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.80__<br>☐ Schedule G _____<br>**Purchase Power** |
| 3.18 4 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.81__<br>☐ Schedule G _____<br>**Riviera LLC** |
| 3.18 5 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.82__<br>☐ Schedule G _____<br>**RSC** |

Debtor 1  **Juan Jose Corchado** _____    Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18<br>6 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.83__<br>☐ Schedule G _____<br>**Ryder Transportation Services** |
| 3.18<br>7 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.84__<br>☐ Schedule G _____<br>**Satelite Plumbing Corporation** |
| 3.18<br>8 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.85__<br>☐ Schedule G _____<br>**School Outfitters** |
| 3.18<br>9 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.86__<br>☐ Schedule G _____<br>**Servex US. INC** |
| 3.19<br>0 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.87__<br>☐ Schedule G _____<br>**Shelter Point Life** |
| 3.19<br>1 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.88__<br>☐ Schedule G _____<br>**Sherwin Williams** |
| 3.19<br>2 | **JFD Sales Corporation**<br>213-37 39th Ave<br>Bayside, NY 11361 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.89__<br>☐ Schedule G _____<br>**South Nassau Community Hospital** |

Debtor 1   **Juan Jose Corchado** _____    Case number *(if known)* _____

�they **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.19 3   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.90**
☐ Schedule G _____
**Spirit Acoustics Inc**

---

3.19 4   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.91**
☐ Schedule G _____
**Standard Pest Management**

---

3.19 5   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.92**
☐ Schedule G _____
**Stanley Stephens Co Inc**

---

3.19 6   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.93**
☐ Schedule G _____
**Staples**

---

3.19 7   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.94**
☐ Schedule G _____
**Supreme Furniture Services Inc**

---

3.19 8   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.95**
☐ Schedule G _____
**Tayco**

---

3.19 9   **JFD Sales Corporation**
**213-37 39th Ave**
**Bayside, NY 11361**

☐ Schedule D, line _____
■ Schedule E/F, line  **4.96**
☐ Schedule G _____
**The HON Company LLC**

---

| Debtor 1 | **Juan Jose Corchado** | Case number *(if known)* |
|----------|------------------------|--------------------------|

| | **Additional Page to List More Codebtors** |
|---|---|

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.20<br>0 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.97**<br>☐ Schedule G _____<br>**Time Payment Corp** |
| 3.20<br>1 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.98**<br>☐ Schedule G _____<br>**Time Warner Cable** |
| 3.20<br>2 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.99**<br>☐ Schedule G _____<br>**United Stationers Financial Services** |
| 3.20<br>3 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.100**<br>☐ Schedule G _____<br>**V3 Insurance Partners LLC** |
| 3.20<br>4 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.101**<br>☐ Schedule G _____<br>**Verizon Wireless** |
| 3.20<br>5 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.102**<br>☐ Schedule G _____<br>**Verizon Wireless** |
| 3.20<br>6 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.103**<br>☐ Schedule G _____<br>**Wells Fargo Equipment Finance** |

| Debtor 1 | **Juan Jose Corchado** | Case number *(if known)* |
|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|---|
| | | Check all schedules that apply: |
| 3.207 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**Wells Fargo Financial Leasing** |
| 3.208 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**Williams Scotsman** |
| 3.209 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>**Wright Express Fleet Services** |
| 3.210 | **JFD Sales Corporation**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**Zoom Seating** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Jose Corchado** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | | **unemployed** |
| Employer's name | | **self employed** | |
| Employer's address | | | |
| How long employed there? | | | |

## Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $            0.00 | $            0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$            0.00 | +$            0.00 |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $            0.00 | $            0.00 |

Debtor 1  **Juan Jose Corchado**                                    Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here** | 4. | $ 0.00 | $ 0.00 |

**5. List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6. Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.   $ 0.00    $ 0.00

**7. Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00    $ 0.00

**8. List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. **Social Security** | 8e. | $ 2,240.00 | $ 0.00 |
| 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $ 0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 + | $ 0.00 |

**9. Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.   $ 2,240.00    $ 0.00

**10. Calculate monthly income.** Add line 7 + line 9.    10.   $ 2,240.00 + $ 0.00 = $ 2,240.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11. State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____    11.  +$ 0.00

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.   $ 2,240.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

■ No.
☐ Yes. Explain: _____

Fill in this information to identify your case:

Debtor 1        **Juan Jose Corchado**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses                                        12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1:     Describe Your Household**

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**   ■ No

   Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
   Debtor 2.                             each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

**Part 2:     Estimate Your Ongoing Monthly Expenses**

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  | **Your expenses** |
|---|---|

4.  **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.        4. $            **500.00**

   **If not included in line 4:**

   4a.   Real estate taxes                                          4a. $            **0.00**
   4b.   Property, homeowner's, or renter's insurance               4b. $            **0.00**
   4c.   Home maintenance, repair, and upkeep expenses              4c. $            **0.00**
   4d.   Homeowner's association or condominium dues                4d. $            **0.00**
5.  **Additional mortgage payments for your residence,** such as home equity loans    5. $            **0.00**

Debtor 1    **Juan Jose Corchado**                                            Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.    Electricity, heat, natural gas | 6a. $ | **95.30** |
| | 6b.    Water, sewer, garbage collection | 6b. $ | **25.00** |
| | 6c.    Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | **67.17** |
| | 6d.    Other. Specify: | 6d. $ | **0.00** |
| 7. | **Food and housekeeping supplies** | 7. $ | **800.00** |
| 8. | **Childcare and children's education costs** | 8. $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | **50.00** |
| 10. | **Personal care products and services** | 10. $ | **100.00** |
| 11. | **Medical and dental expenses** | 11. $ | **50.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | **300.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | **20.00** |
| 14. | **Charitable contributions and religious donations** | 14. $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.    Life insurance | 15a. $ | **0.00** |
| | 15b.    Health insurance | 15b. $ | **401.60** |
| | 15c.    Vehicle insurance | 15c. $ | **0.00** |
| | 15d.    Other insurance. Specify:    **Spouse's life insurance** | 15d. $ | **63.33** |
| | **Spouse's auto insurance** | $ | **152.59** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | **0.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.    Car payments for Vehicle 1 | 17a. $ | **0.00** |
| | 17b.    Car payments for Vehicle 2 | 17b. $ | **0.00** |
| | 17c.    Other. Specify: | 17c. $ | **0.00** |
| | 17d.    Other. Specify: | 17d. $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| | 20a.    Mortgages on other property | 20a. $ | **0.00** |
| | 20b.    Real estate taxes | 20b. $ | **0.00** |
| | 20c.    Property, homeowner's, or renter's insurance | 20c. $ | **82.92** |
| | 20d.    Maintenance, repair, and upkeep expenses | 20d. $ | **0.00** |
| | 20e.    Homeowner's association or condominium dues | 20e. $ | **0.00** |
| 21. | **Other:** Specify: | 21. +$ | **0.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | **2,707.91** |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | **2,707.91** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | **2,240.00** |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | **2,707.91** |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | **-467.91** |

24.    **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.        | Explain here: |

**Fill in this information to identify your case:**

| Debtor 1 | **Juan Jose Corchado** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Juan Jose Corchado** | X |
|---|---|
| **Juan Jose Corchado** | Signature of Debtor 2 |
| Signature of Debtor 1 | |

| Date **January 27, 2017** | Date |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Juan Jose Corchado** |
| | First Name  Middle Name  Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Give Details About Your Marital Status and Where You Lived Before

**1.** **What is your current marital status?**

☑ Married
☐ Not married

**2.** **During the last 3 years, have you lived anywhere other than where you live now?**

☐ No
☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| **1432 Parsons Blvd Whitestone, NY 11357** | From-To: **12/2012-8/2016** | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 From-To: |

**3.** **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**  Explain the Sources of Your Income

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | **$0.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☑ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado**                                                    Case number *(if known)* _____

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $60,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2015 )** | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $113,846.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

**5.    Did you receive any other income during this year or the two previous calendar years?**

Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **SSI Benefits** | $2,240.00 | | |
| **For last calendar year:**<br>**(January 1 to December 31, 2016 )** | **Rental Income** | $12,000.00 | | |
| | **stock sale. mutual funds redemption - this was not all income, but withdrawal of previously invested monies** | $46,310.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.    Go to line 7.

■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1   **Juan Jose Corchado**                                              Case number *(if known)*

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Discover Card**<br>P.O. Box 30943<br>Salt Lake City, UT 84130 | **November, 2016** | **$5,781.00** | **$3,684.24** | ☐ Mortgage<br>☐ Car<br>■ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐ No

■ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Joshua Adam Corchado**<br>4415 Raleigh Ave Apt 104<br>Alexandria, VA 22304 | **Monthly rent payments of $500 from 8/2016 ongoing** | **$3,000.00** | **$0.00** | **rental of property** |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■ No

☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No

■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Nucraft Furniture Co vs. JFD Sales Consulting Corp, et al**<br>**710919/2015** | **Civil breach of contract** | **Queens County Clerk of Court**<br>**8811 Sutphin Blvd #105**<br>**Jamaica, NY 11485** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| | | | **Breach of contract claim** |

Debtor 1    **Juan Jose Corchado**

Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Graybar Electric Co Inc vs JFD Sales Consulting Services Coproration and Juan Corchado**<br>**254120** | civil suit to collect a debt | **Queens County Clerk of Court**<br>**8811 Sutphin Blvd. #105**<br>**Jamaica, NY 11485** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**breach of contract** |
| **JFD Sales Consulting Services, Corp vs Fidelity and Deposit Company of Maryland, Skansja USA Building, Inc., Lane Office Furniture, Inc., Dormitory Authority of the State of New York, Lab Crafters, Inc. aka Metal Crafters, Inc., QBE Insurance Corporation, and "John Ode 1" through "John Doe 10," said parteies being lienors who have yet to perfect their liens and being fictitious and unknown to Plaintiff**<br>**150409/15** | Civil breach of contract | **New York Court of Court**<br>**60 Centre Street**<br>**New York, NY 10007** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Breach of contract claim** |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

■ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

| **Part 5:** | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado**                                         Case number (*if known*)

---

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

---

<div style="background:#000;color:#fff">**Part 6:**</div>  **List Certain Losses**

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

<div style="background:#000;color:#fff">**Part 7:**</div>  **List Certain Payments or Transfers**

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **The Law Offices of Beth B. Carter, PLLC P.O. Box 1553 Denver, NC 28037 beth@bbcarterlaw.com** | **$3,000 Attorney Fees $335 Court Filing Fee** | **12/2016** | **$3,000.00** |

---

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Debtor 1    **Juan Jose Corchado**                                   Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **14 32 Parsons Boulevard Whitestone, NY 11357**<br><br>**wife** | **14 32 Parsons Boulevard, Whitestone NY 11537 - added wife's name to deed of residence from only husband's name** | **No debts paid in exchange for this transfer and no property was received** | **April, 2016** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

| **Part 8:** | List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **TD Bank**<br>**148-08 Cross Island Pkwy**<br>**Whitestone, NY 11357** | **XXXX-1540** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2016** | **$0.00** |
| **TD Bank**<br>**148-08 Cross Island Pkwy**<br>**Whitestone, NY 11357** | **XXXX-0390** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **1/2016** | **$0.00** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232** | **XXXX-8178** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2016** | **$198.00** |
| **Bank of America**<br>**P.O. Box 45224**<br>**Jacksonville, FL 32232** | **XXXX-7439** | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **12/2016** | **$237.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Juan Jose Corchado**

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ **No**
☐ **Yes. Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

**Part 10:**    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25. **Have you notified any governmental unit of any release of hazardous material?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Juan Jose Corchado**                                    Case number *(if known)*

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|

**Part 11:**   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☑ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

☑ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **JFD Sales Consulting Services Corp**<br>**213-37 39th Ave**<br>**Bayside, NY 11361** | **office furniture resale**<br><br>**Peter Burgos, CPA**<br>**45-10 Court Square 3rd floor**<br>**Long Island, NY 11101** | EIN:    **13-3966283**<br><br>From-To   **1997- current** |
| **JFD Sales Corporation**<br>**213-37 39th ave**<br>**Bayside, NY 11361** | **Office funriture resale**<br><br>**Peter Burgos, CPA**<br>**45-10 Court Square 3rd floor**<br>**Long Island, NY 11101** | EIN:    **22-3740491**<br><br>From-To   **2000- 2015** |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No
☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Juan Jose Corchado**
**Juan Jose Corchado**                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **January 27, 2017**                          Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☑ No

Debtor 1    **Juan Jose Corchado** _____   Case number *(if known)* _____

☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

**Fill in this information to identify your case:**

| Debtor 1 | **Juan Jose Corchado** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   WESTERN DISTRICT OF NORTH CAROLINA

Case number
(if known)   _____

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors,**
**whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list**
**on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must**
**sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,**
**write your name and case number (if known).**

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the**
   **information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **Bank of America**<br><br>Description of property securing debt:   **55 Crestview Drive Willingboro, NJ 08046  Burlington County purchased in 1990 for $135,000 tax value$172,600 FMV estimated to be $172,600** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>☐ Retain the property and [explain]:<br><br>_____ | ■ No<br><br>☐ Yes |
| Creditor's name:   **Citimortgage, Inc**<br><br>Description of property securing debt:   **14 32 Parsons Blvd Whitestone, NY 11357  Queens County purchased in 2012 for $607,000 tax value:$800,000 - FMV considered to be close to tax value based upon feedback from RE agent** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a _Reaffirmation Agreement._<br>■ Retain the property and [explain]:<br><br>**retain and keep current** | ☐ No<br><br>■ Yes |

Creditor's   **Small Business Administration**

Debtor 1    **Juan Jose Corchado**                                   Case number (*if known*)

name:                                              ☐ Surrender the property.                          ☐ No
                                                   ☐ Retain the property and redeem it.
Description of     **14 32 Parsons Blvd Whitestone,**   ☐ Retain the property and enter into a           ■ Yes
property           **NY 11357  Queens County**              *Reaffirmation Agreement.*
securing debt:     **purchased in 2012 for $607,000**   ■ Retain the property and [explain]:
                   **tax value:$800,000 - FMV**
                   **considered to be close to tax**
                   **value based upon feedback**
                   **from RE agent**                     **business will continue to make payments**

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill
in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended.
You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Lessor's name:    **Joshua Adam Corchado**                          ☐ No

                                                                    ■ Yes

Description of leased    **residence rental contract**
Property:                **debtor will assume**

Lessor's name:    **The Royal Haciendas**                           ☐ No

                                                                    ■ Yes

Description of leased    **timeshare maintenance**
Property:                **debtor will assume**

| Part 3: | Sign Below |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X **/s/ Juan Jose Corchado**                              X
**Juan Jose Corchado**                                    Signature of Debtor 2
Signature of Debtor 1

Date    **January 27, 2017**                              Date

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Juan Jose Corchado |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Western District of North Carolina |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

- ■ 1. There is no presumption of abuse
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you**. Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you**. You and your spouse are:

   ☐ **Living in the same household and are not legally separated**. Fill out both Columns A and B, lines 2-11.

   ☐ **Living separately or are legally separated**. Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| | Column A | Column B |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |

Debtor 1   **Juan Jose Corchado** _____   Case number (*if known*) _____

|  | Column A<br>**Debtor 1** | Column B<br>**Debtor 2 or<br>non-filing spouse** |
|---|---|---|

8.  **Unemployment compensation**                                                                    $ _____    $ _____

Do not enter the amount if you contend that the amount received was a benefit under
the Social Security Act. Instead, list it here:

For you                                                              $ _____

For your spouse                                                      $ _____

9.  **Pension or retirement income.** Do not include any amount received that was a              $ _____    $ _____
benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments
received as a victim of a war crime, a crime against humanity, or international or
domestic terrorism. If necessary, list other sources on a separate page and put the
total below.

.   _____              $ _____    $ _____

_____              $ _____    $ _____

Total amounts from separate pages, if any.               + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for
each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

**Total current monthly
income**

| **Part 2:** | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 ...........................  **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)                                        **x 12**

12b. The result is your annual income for this part of the form                    12b.   $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                              [_____]

Fill in the number of people in your household.                  [_____]

Fill in the median family income for your state and size of household.                13.   $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions
for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| **Part 3:** | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** **/s/ Juan Jose Corchado** _____
**Juan Jose Corchado**
Signature of Debtor 1

Date   **January 27, 2017** _____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1    Juan Jose Corchado

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   Western District of North Carolina

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.   Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Go to line 3.

        ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.   Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

        ☐ No.   Complete Form 122A-1. Do not submit this supplement.

        ☐ Yes.   Check any one of the following categories that applies:

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

          ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

          ☐ **I am performing a homeland defense activity for at least 90 days.**

          ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and

> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

---

**Chapter 11: Reorganization**

|  | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|  | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:
http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:
http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of North Carolina

In re    **Juan Jose Corchado**

Debtor(s)

Case No.

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **3,000.00** |
    | Prior to the filing of this statement I have received | $ | **3,000.00** |
    | Balance Due | $ | **0.00** |

2.  $  **335.00**   of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**January 27, 2017**

*Date*

**/s/ Beth B. Carter**

**Beth B. Carter 24642**
*Signature of Attorney*
**The Law Offices of Beth B. Carter, PLLC**
**P.O. Box 1553**
**Denver, NC 28037**
**704-966-8028  Fax: 704-966-0950**
**beth@bbcarterlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Western District of North Carolina

In re   **Juan Jose Corchado** _____     Case No. _____
                                            Debtor(s)        Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **January 27, 2017** _____     **/s/ Juan Jose Corchado** _____
                                                            **Juan Jose Corchado**
                                                            Signature of Debtor

AAA American Flag Decorating Co
36 West 37th St., 9th floor
New York, NY 10018

.

Aetna
PO Box 14321
Lexington, KY 40512

Affordable Interior Systems, Inc.
4 Bonazzoli Ave
Hudson, MA 01749

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Arc-com Fabrics Inc
33 Ramland South
Orangeburg, NY 10962

Artone, LLC
1089 Allen St
Jamestown, NY 14701

Avid Enterprises Sol Corp
146-47 56th Rd.
Flushing, NY 11355

AWISCO Welding Equipment
55-15 43rd St
Maspeth, NY 11378

Bank of America
PO Box 982235
El Paso, TX 79998

Besselman & Kranner LLP
40 Triangle Center Ste 109
Yorktown Heights, NY 10598

Boro Wide Recycling
9 Railroad Place
Maspeth, NY 11378

Broadview Networks
PO Box 9242
Uniondale, NY 11555

Burlington Tax Assessor
851 Old York Rd.
Burlington, NJ 08016

Callahead
304 Cross Bay Blvd
Far Rockaway, NY 11693

Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60693

Chase
PO Box 29550
Phoenix, AZ 85038

Chase Card Services
Attn: Bankruptcy
P.O. Box 15298
Wilmington, DE 19850

Chase Tours LLC
25 Woodsend Drive
Matawan, NJ 07747

Christine Hayes Hickey
135 North Pennsylvania Street
Indianapolis, IN 46204

Citi AAdvantage
P.O. Box 6062
Sioux Falls, SD 57117

Citimortgage, Inc
6400 Las Colinas Blvd
Irving, TX 75039

Clear Internet Services
8726 Creek Trail Ln
Cornelius, NC 28031

Country-wide Insurance Company
PO Box 7039
New York, NY 10008

Credit Mediators Inc
PO Box 456
Upper Darby, PA 19082

D'Onofrio General Contractors Corp
202 28th Street
Brooklyn, NY 11232

D3RG-Com
34-01 38 Ave
Long Island City, NY 11101

Dauphin North America - VALO
100 Fulton Street
Boonton, NJ 07005

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197

Discover Card
P.O. Box 30943
Salt Lake City, UT 84130

Eagle Transfer Corporation
23-02 49th Ave 6th floor
Long Island City, NY 11101

Ecommerce Industries
PO Box 200164
Pittsburgh, PA 15251

Gelco
One Geico Plaza
Washington, DC 20046

Intempo Wood Furniture MFG Inc
PO Box 82816
Oklahoma City, OK 73148

Elizabeth Industrial Center LLC
282 Grand Avenue Ste 1
Englewood, NJ 07631

Global Equipment Company Inc
PO Box 905713
Charlotte, NC 28290

Internal Revenue Service
Insolvency Remittance
PO Box 7346
Philadelphia, PA 19101-7346

Elizabethtown Gas
PO Box 4569
Location 6250
Atlanta, GA 30302

Grainger
Dept 882262793
Palatine, IL 60038

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101

ERG International
361 N Bernoulli Circle
Oxnard, CA 93030

Graybar Electric Co Inc.
21-15 Queens Pl No
Long Island City, NY 11101

Irwin Myers / Robert S. Saxon
Counselors at Law
3620 Quentin Road
Brooklyn, NY 11234

Exemplis Corporation
25090 Network Place
Chicago, IL 60673

Graybar Electric Co Inc.
1432 Parsons Blvd
Whitestone, NY 11357

Janovic Painting & Decorating
30-35 Thomson Ave
Long Island City, NY 11101

FedEX
PO Box 371461
Pittsburgh, PA 15250

Great Openings
902 East 4th St.
Ludington, MI 49431

Jasper Seating Company Inc
PO Box 231
Jasper, IN 47547

Fixtures Manufacturing Corp
36193 Treasury Center
Chicago, IL 60694

Harleysville
PO Box 37712
Harrisburg, PA 17101

JFD Sales Consulting Services Cor
213-37 39th Ave
Bayside, NY 11361

Fleetmatics USA/CPS
1100 Winter St.
Ste 4600
Waltham, MA 02451

Harleysville Auto
PO Box 37712
Philadelphia, PA 19101

JFD Sales Corp
52 Butler Street
Elizabethport, NJ 07206

Furniture Rental Associates
149 Madison Ave Ste 303
New York, NY 10016

Hostos Community College
500 Grand Concourse
Bronx, NY 10451

JFD Sales Corporation
213-37 39th Ave
Bayside, NY 11361

Gate Tek Solutions
PO Box 8514
Piscataway, NJ 08854

Intella Space
4750 Shelburne Road
Shelburne, VT 05482

Joshua Adam Corchado
4415 Raleigh Ave Apt 104
Alexandria, VA 22304

JSJ Funriture Corp
17237 Van Wagoner Rd
Spring Lake, MI 49456

Marvel Group Inc
PO Box 97618
Chicago, IL 60680

NEOGAS
P.O. Bosx 129
Clemmons, NC 27012


JSJ Furniture Corp
PO Box 2787
Florence, AL 35630

Megapath
6800 Koll Center Pkwy Ste 200
Pleasanton, CA 94566

New York City Department of Fina
Church Street Station
P.O. Box3640
New York, NY 10008-3640


Kamco Supply of NJ LLC
845 E 25th Street
Paterson, NJ 07513

Meyers, Saxon and Cole
3620 Quentin Road
Brooklyn, NY 11234

New York City District Council
395 Hudson Street
New York, NY 10014


KBL Certified   Public Accountatns
114 West 47th Street #1900
New York, NY 10036

MH Au Fait Business Consulting Inc
8 Sean Michael Court
Farmingdale, NY 11735

New York Fire Department
Church Street Station
P.O. Box 840
New York, NY 10008-0840


Kimball International
1600 Royal Street
Jasper, IN 47549

Mike Petrun
Millenium Collections Corporation
P.O. Box 6899
Vero Beach, FL 32961

New York State Income Tax
State Porcessing Center
PO Box 61000
Albany, NY 12261


Koroseal Interiors Products Group
PO Box 5235N
Cleveland, OH 44193

Millenium Go Green Technology
2450 Third Ave
Bronx, NY 10454

Norris McLaughlin & Marcus, PA
875 Third Ave, 8th floor
New York, NY 10022


Lincoln County Tax Collector
P.O. Box 938
Lincolnton, NC 28093

MKN Architectural Woodwork
1 Paerdegat 14th street 3rd floor
Brooklyn, NY 11238

North Carolina Department of Reve
P.O. Box 1168
Raleigh, NC 27602


Luna Textiles
2415 Third Street Ste 280
San Francisco, CA 94107

National Liability & Fire Insurance
PO Box 785100
Philadelphia, PA 19178

Nova Solutions, INC
421 W Industrial Ave
P.O. Box 725
Effingham, IL 62401


LUZ Electric & Control Systems INC
714 E. 180th St.
Bronx, NY 10457

National MTA
P.O. Box IL 93096
Chicago, IL 60673

Nucraft Furniture Co
5151 West Drive
Comstock Park, MI 49321


Manhattan Fire & Safety Corp
242 West 30th, 7th floor
New York, NY 10001

National Office Furniture
1600 Royal Street
Jasper, IN 47549

NYC Department of Finance
PO Box 680
Newark, NJ 07101

Optimum
1111 Stewart Avenue
Bethpage, NY 11714-3581

River Transportation Services
P.O. Box 96723
Chicago, IL 60693-6723

Stanley Stephens Co Inc
2565 Pearl Buck Road
Bristol, PA 19007

Oxford
United Healthcare Oxford
P.O. Box 1697
Newark, NJ 07101-1697

Satelite Plumbing Corporation
65 Brucner Boulevard
Bronx, NY 10454

Staples
Dept 90-0000008680
PO Box 9020
Des Moines, IA 50368

Penco Products, INC
P.O. Box 901176
Cleveland, OH 44190

School Outfitters
3736 Regent Avenue
Cincinnati, OH 45212-3724

Supreme Furniture Services Inc
PO Box 93
Glen Rock, NJ 07452

Peter Pepper Products, Inc.
17929 So. Susana Rd.
PO Box 5769
Compton, CA 90221

Servex US. INC
1838 2nd Avenue
Box 295
New York, NY 10128

Tayco
222 Merchandise Mart Plaza
Chicago, IL 60654

Pitney Bowes Inc.
P.O. Box 371887
Pittsburgh, PA 15250-7887

Shelter Point Life
P.O. Box 220727
Great Neck, NY 11021

The HON Company LLC
200 Oak Street
Muscatine, IA 52761

Power One Electrical Contractors
Servulus Billy
9202 Avenue M
Brooklyn, NY 11236

Sherwin Williams
1942 37th Street
Astoria, NY 11105-1119

The Royal Haciendas
c/o Interval Servicing
3363 W. Commercial Blvd, Ste 202
Fort Lauderdale, FL 33309

Pride Equipment Corp.
150 Nassau Avenue
Islip, NY 11751

Small Business Administration
PO Box 740192
Atlanta, GA 30374

Time Payment Corp
PO Box 3069
Woburn, MA 01888

Purchase Power
P.O. Box 371874
Pittsburgh, PA 15250-7874

South Nassau Community Hospital
PO box 5635
Hicksville, NY 11802

Time Warner Cable
PO Box 9227
Uniondale, NY 11555

Riviera LLC
641 Lexington Avenue
22nd Floor
New York, NY 10022

Spirit Acoustics Inc
2612 South Clinton Ave
South Plainfield, NJ 07080

U.S. Attorney
Bankruptcy Division
227 W. Trade St.
#1650
Charlotte, NC 28202

RSC
444 North 3rd Street
Suite # 104
Philadelphia, PA 19123

Standard Pest Management
25-80 Steinway Street
Astoria, NY 11103

U.S. Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

United States Attorney
Federal Courthouse Rm 233
100 Otis Street
Asheville, NC 28801


United Stationers Financial Services
PO Box 8890
Philadelphia, PA 19182


V3 Insurance Partners LLC
c/o Wells Fargo Bank
PO Box 202997
Dallas, TX 75320


Verizon Wireless
500 Technology Dr.
#550
Saint Charles, MO 63304


Virginia & Ambinder, LLP
40 Broad Street, 7th Floor
New York, NY 10014


Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120


Wells Fargo Financial Leasing
PO Box 6434
Carol Stream, IL 60197


Williams Scotsman
PO Box 91975
Chicago, IL 60693


Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293


Zoom Seating
36244 Treasure Center
Chicago, IL 60694