**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

In Re:

| | |
|---|---|
| **JUAN JOSE CORCHADO** | Case No. 17-40025 |
| SSN: xxx xx 5723 | Chapter 7 |
| 352 Ramano Drive | |
| Iron Station, NC 28080 | |
| **Debtor.** | |

### REPORT OF PUBLIC SALE AND MOTION FOR CONFIRMATION

TO:   THE UNITED STATES BANKRUPTCY JUDGE:

Frederick L. Henderson Jr., the chapter 7 trustee (the "Trustee") of the estate for the above-captioned debtor, does hereby report concerning the public sale of property of this estate pursuant to this Court's *Order Authorizing Public Sale* entered April 23, 2018 (Doc. 48), as follows:

1. Via online public sale from Thursday, April 26, 2018, through Saturday, May 5, 2018, at 2 p.m. EST, the Trustee sold a 2015 Nissan Frontier with VIN ending "6785" for the sum of $13,000.00.

2. The buyer paid an additional 3% premium of $390.00 directly to Proxibid (Online Provider).

3. The expenses incurred in connection with the aforesaid public auction are within the amounts allowed by the Court's *Order Authorizing Public Sale* and are as follows:

    $400.00 Proxibid and Advertising
    $475.00 Towing Expense
    $25.00 Clean up / Video

    Said expenses total the sum of $900.00.

4. The Trustee proposes the following disbursements in payment of certain other sale expenses as previously allowed by the Court's *Order Authorizing Public Sale*:

    $1,950.00 Commission to Gary Boyd Auction at 15%

5. The aggregate price obtained, in the opinion of the Trustee, was entirely adequate and another sale would not have produced better results.

6. Attached hereto is a true and complete copy of the auctioneer's final invoice listing the item sold, amount received, expenses incurred, and commission.

7. In the *Order Authorizing Public Sale* (Doc. 48), the Court authorized the Trustee to pay Gary Boyd of Gary Boyd Auction & Real Estate from the sale proceeds reimbursement of expenses totaling up to $1,350.00 and commission in the sum of 15% of the gross proceeds.

**WHEREFORE**, the Trustee moves that the aforesaid sale and authorized disbursements of the Trustee for auction expenses and commission be confirmed, and for such other and further authority or relief as the Court deems necessary.

Dated: 5/14/2018

/s/ Frederick L. Henderson Jr.
Wayne Sigmon, NC Bar #7318
Frederick L. Henderson, Jr., NC Bar #43586
Sigmon & Henderson, PLLC
518 South New Hope Road
Gastonia, North Carolina 28054
p: (704) 865-6265 / f: (704) 874-1300
*Attorneys for the Trustee*

## CERTIFICATE OF SERVICE

      The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service or by the Court's Electronic Case Filing system this the 14th day of May, 2018.

                                                             /s/ Frederick L. Henderson Jr.
                                                             Frederick L. Henderson Jr., Attorney

VIA ECF:

| Shelley Abel | Beth Carter |
| --- | --- |
| Bankruptcy Administrator | Attorney for the Debtor |